NOTE: CHANGES MADE BY THE COURT

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER BRAVO SR., HOPE BRAVO, and E.B., a minor, by her guardian ad litem Sara Gonzales,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA MARIA, SANTA MARIA POLICE CHIEF DANNY R. MACAGNI, COUNTY OF SAN LUIS OBISPO, SAN LUIS OBISPO COUNTY SHERIFF'S DEPARTMENT, SAN LUIS OBISPO COUNTY SHERIFF PATRICK HEDGES, CITY OF SAN LUIS OBISPO, SAN LUIS OBISPO CHIEF DEBORAH LINDEN, COUNTY OF SANTA BARBARA, SANTA BARBARA COUNTY SHERIFF'S DEPARTMENT, SANTA BARBARA SHERIFF JIM ANDERSON, CITY OF SANTA BARBARA, SANTA BARBARA POLICE CHIEF CAMERINO SANCHEZ, SANTA MARIA POLICE DETECTIVE LOUIS | Case No. CV06-06851 FMC (SHx)<br><br>JUDGMENT |

LA #4842-1280-9731 v1

1

| | |
|---|---|
| 1 | TANORE, SANTA MARIA POLICE ) |
| | LT. LARRY RALSTON, SANTA ) |
| 2 | BARBARA POLICE LT. ) |
| | MITCHELL, SANTA BARBARA ) |
| 3 | POLICE SGT. JAN, SANTA ) |
| 4 | BARBARA POLICE SGT. OLSEN, ) |
| | SANTA BARBARA POLICE ) |
| 5 | OFFICER HUNT, SANTA ) |
| 6 | BARBARA SHERIFF'S ) |
| | COMMANDER CON PATTERSON, ) |
| 7 | in both their personal and official ) |
| 8 | capacities, and DOES 1 through 2, ) |
| | inclusive, ) |
| 9 | ) |
| 10 |             Defendants.             ) |

11

12      This matter having come before the Court on the Cross Motions for

13 Summary Judgment filed by Plaintiffs and by Defendants City of Santa

14 Maria, Danny R. Macagni, Louise Tanore and Larry Ralston (collectively

15 "The Santa Maria Defendants"), and the Court having read and considered

16 the moving, opposing, and reply documents, as well as the evidence

17 submitted in connection with the motions, the Court granted The Santa

18 Maria Defendants' motion and denied Plaintiffs' motion.

19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

LA #4842-1280-9731 v1                           2

1  THEREFORE, IT IS ORDERED AND ADJUDGED

2  Judgment on Plaintiffs' Complaint shall be entered in favor of The
3  Santa Maria Defendants and as against Plaintiffs.  Plaintiffs recover
4  nothing, the action *against these defendants* is to be dismissed on the
5  merits, and The Santa Maria Defendants are to recover costs from Plaintiffs
6  pursuant to a cost bill to be submitted to this Court.

7
8  DATED:  10/20/08    _____
9                     The Honorable Florence-Marie Cooper
                      United States District Court Judge
10
11
12
13  Respectfully Submitted By:
14  RICHARD R. TERZIAN
15  KRISTIN A. PELLETIER
    DANIEL S. IMBER
16  BURKE, WILLIAMS & SORENSEN, LLP
17
18
19  By____/S/  Daniel S. Imber_____
         Daniel S. Imber
20       Attorneys for Defendants City of Santa Maria,
21       Danny R. Macagni, Louis Tanore, and Larry Ralston
22
23
24
25
26
27
28

LA #4842-1280-9731 v1                    3