# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER BRAVO SR., et al., | NO. CV 06-6851 FMO (SHx) |
| Plaintiffs, | |
| v. | **ORDER TO SHOW CAUSE** |
| CITY OF SANTA MARIA, et al., | |
| Defendants. | |

On June 28, 2013, the court issued an order directing the parties to file supplemental pretrial briefing no later than noon on July 1, 2013. (See Court's Order of June 28, 2013 at 1 ("Order")). The Order also required that "no later than 9 a.m. on July 1, 2013, plaintiff shall provide to the court an outline articulating the claims they believe are pending," and "shall also submit a table summarizing the outline which includes the claims and legal theories of liability as to each defendant." Id.

Plaintiffs filed their Outline of Remaining Claims and Supporting Evidence around 1:30 p.m. on July 1, 2013, missing the court's 9:00 a.m. deadline by several hours. As of the time of issuance of this order, plaintiffs have yet to file either the table summarizing the outline or their supplemental pretrial briefing.

1  Accordingly, IT IS ORDERED that no later than **July 3, 2013**, plaintiffs' counsel shall show
2  cause in writing as to why sanctions should not be imposed on plaintiffs' counsel for failure to
3  comply with the Court's Order of June 28, 2013.

5  Dated this 2nd day of July, 2013.

/s/
Fernando M. Olguin
United States District Judge