JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER BRAVO SR., HOPE BRAVO, and E.B., a minor, by her guardian *ad litem* Sara Gonzales,<br><br>Plaintiffs,<br><br>vs.<br><br>CITY OF SANTA MARIA, et al.,<br><br>Defendants. | Case No. CV 06-06851 FMO (SHx)<br><br>**JUDGMENT AFTER TRIAL BY JURY** |

On July 9, 2013, the foregoing matter was called for trial before the Hon. Fernando M. Olguin, presiding. On that date a panel of jurors was called and sworn. Following presentation of evidence, argument of counsel and instructions by the Court, the case was submitted to the jury for decision. On July 19, 2013, the jury returned a unanimous verdict.

IT IS HEREBY ORDERED that judgment be entered in accordance with the jury's verdict, and pursuant to *Floyd v. Laws*, 929 F.2d 1390, 1402-03 (9th Cir. 1991), as follows:

1. Plaintiff Javier Bravo, Sr. shall recover $5,000.00 from defendants City of Santa Maria and Louis Tanore in compensable damages for which these defendants are jointly

and severely liable;

    2. Plaintiff Javier Bravo, Sr. shall recover $1.00 from defendants Larry Ralston and Danny Macagni in compensable damages for which these defendants are jointly and severely liable;

    3. Plaintiffs Hope Bravo and E.B. shall each recover $1.00 from all defendants in compensable damages for which these defendants are jointly and severely liable;

    4. Plaintiffs shall recover their costs of suit from defendants.

DATED: July 31, 2013

_____/s/_____
**HON. FERNANDO M. OLGUIN**
United States District Judge