UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER BRAVO SR., et al., | Case No. CV 06-6851 FMO (SHx) |
| Plaintiffs, | |
| v. | **FIRST AMENDED JUDGMENT** |
| CITY OF SANTA MARIA, et al., | |
| Defendants. | |

On July 9, 2013, the foregoing matter was called for trial before the undersigned judge. On that date a panel of jurors was called and sworn. Following presentation of evidence, argument of counsel and instructions by the court, the case was submitted to the jury for decision. On July 19, 2013, the jury returned a unanimous verdict.

Pursuant to the jury's verdict, the decision in Floyd v. Laws, 929 F.2d 1390, 1402-03 (9th Cir. 1991), and the court's Order Re: Pending Motions issued contemporaneously with the filing of this Judgment, IT IS ADJUDGED as follows:

1. Plaintiff Javier Bravo, Sr. shall recover $5,000.00 from defendants City of Santa Maria and Louis Tanore in compensable damages for which these defendants are jointly and severally liable.

2. Plaintiff Javier Bravo, Sr. shall recover $1.00 from defendant Larry Ralston in compensable damages.

1       3. Plaintiffs Hope Bravo and E.B. shall each recover $1.00 from defendants City of Santa Maria, Louis Tanore, and Larry Ralston, in compensable damages for which these defendants are jointly and severally liable.

4       4.  Plaintiffs shall recover $1,023,610.41 in attorney's fees from defendants Louis Tanore, Larry Ralston, and the City of Santa Maria pursuant to 42 U.S.C. § 1988.

6       5. Plaintiffs shall recover $0.00 in non-statutory costs and $13,376.85 in statutory costs from defendants Louis Tanore, Larry Ralston, and the City of Santa Maria.

Dated this 27th day of March, 2014.

                                                 /s/
                                    Fernando M. Olguin
                                United States District Judge